**WILLIS & YOUNG, P.C.**
921 Bergen Avenue, Ste. 528
Jersey City, New Jersey 07306
(201)-659-2090
Attorney for the Defendant, JOSE REYES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | :: | UNITED STATES DISTRICT COURT |
| | :: | DISTRICT OF NEW JERSEY |
| Plaintiff, | :: | |
| | :: | CRIMINAL ACTION |
| vs. | :: | Cr. No: 06-865 |
| | :: | |
| JOSE REYES, | :: | **AMENDED** |
| | :: | PROPOSED FORM OF ORDER MODIFYING |
| Defendant, | :: | CONDITIONS OF BAIL |
| | :: | |

THIS matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C. for Jose Reyes for an Order Modifying Bail and the United States Attorney, Christopher J. Christie, by Dennis C. Carletta, Assistant United States Attorney, and Daniel Milne, United States Pre-Trial Officer, consenting to the application of defendant, and for good cause shown,

IT IS on this 28th day of July, 2008;

ORDERED that the property located at 289 Woodside Avenue, Newark, New Jersey, posted with the Clerk of the Court as property bond in the amount of $35,000.00 shall be discharged.

The property address located at 39 Woodside Avenue, Newark, New Jersey as submitted on the previous Order was incorrect due to a clerical mistake.

The correct property address posted with the Court as property bond is 289 Woodside Avenue, Newark, New Jersey.

IT IS FURTHER ORDERED that all other bail conditions, collateral and restrictions remain in full force and effect.

HON. SUSAN D. WIGENTON, USDJ

The Party hereby consents to
form and entry of the above order.

DENNIS C. CARLETTA, AUSA

TOTAL P.03